1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

MICHAEL MORROW,                     Case No.  1:14-cv-01395-LJO-SAB

12

        Plaintiff,                  ORDER RE NOTICE OF RELATED CASE

13

    v.

14

ARNOLD SCHWARZENEGGER, et al.,

15

        Defendants.

16

17

     On September 6, 2014, Plaintiff Michael Morrow filed this action alleging deliberate

18

indifference in violation of the Eighth Amendment.  (ECF No. 1.)  On September 10, 2014, an

19

order issued relating this action to <u>Smith v. Schwarzenegger</u>, No. 1:14-cv-00060-LJO-SAB and

20

reassigning it to the undersigned.  After the order issued, Plaintiff filed a notice of related case.

21

(ECF Nos. 7, 12.)

22

     The Court notes that Plaintiff's counsel Benjamin Laurence Pavone filed a similar action,

23

<u>Adams v. Schwarzenegger</u>, No. 1:14-cv-01226-LJO-SAB in which this Court issued an order to

24

show cause on August 13, 2014 for the failure to comply with Local Rule 123 which provides

25

that:

26

       Counsel who has reason to believe that an action on file or about to be filed may
       be related to another action on file (whether or not dismissed or otherwise

27

       terminated) shall promptly file in each action and serve on all parties in each
       action a Notice of Related Cases. This notice shall set forth the title and number

28

       of each possibly related action, together with a brief statement of their

1

relationship and the reasons why assignment to a single Judge and/or Magistrate Judge is likely to effect a savings of judicial effort and other economies.

L.R. 123(b).

Once again the Court was required to expend judicial time and resources due to the failure to file a notice of related case.  Counsel is ordered to file a notice of related case simultaneously with any future related cases that are filed.  Failure to file a simultaneous notice of related case may result in monetary sanctions for the failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **September 11, 2014**

UNITED STATES MAGISTRATE JUDGE