# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MORROW,<br><br>            Plaintiff,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | Case No.  1:14-cv-01395-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE CONSOLIDATED WITH <u>SMITH V. SCHWARZENEGGER</u> AND CONTINUING INITIAL SCHEDULING CONFERENCE TO NOVEMBER 25, 2014 AT 10:00 A.M.<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

On September 6, 2014, Plaintiff Michael Morrow filed this action alleging deliberate indifference in violation of the Eighth Amendment.  (ECF No. 1.)  On September 10, 2014, this action was related to <u>Smith v. Schwarzenegger</u>, No. 1:14-cv-00060-LJO-SAB and an initial scheduling conference was set for October 10, 2014 to coordinate this action with <u>Smith</u>.  On September 15, 2014, an order issued vacating the September 10, 2014 date in <u>Smith</u> and setting a status conference on November 25, 2014.

The Court has reviewed this action and finds that the complaint is substantially identical to the complaint that was filed in <u>Smith</u>.  Federal Rule of Civil Procedure 42 provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions. . . ."  Fed. R. Civ. P. 42 (a)(2).  "The district court has broad discretion under this rule to consolidate cases pending in the same district."  <u>Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California</u>, 877 F.2d 777 (9th Cir. 1989).

1

The purpose of consolidation is to avoid unnecessary cost or delay where the claims and issues contain common aspects of law or fact.  E.E.O.C. v. HBE Corp., 135 F.3d 543, 551 (8th Cir. 1998).  In determining whether to consolidate cases, "a court weighs the interest of judicial convenience against the potential for delay, confusion and prejudice caused by consolidation." Southwest Marine, Inc. v. Triple A Mach. Shop, Inc., 720 F.Supp. 805, 807 (N.D. Cal. 1989).

The complaint in this action names the same defendants, asserts the same claims, and contains the same factual allegations as those proceeding in the consolidated action.  Common questions of law and fact unquestionably exist in these actions and the Court finds that it would be in the interest of judicial economy to consolidate this action with Smith.

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference set for October 10, 2014 at 10:00 is VACATED;

2. A status conference is set for November 25, 2014 at 10:00 a.m. in Courtroom 9; and

3. Within fourteen days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be consolidated with Smith, et al. v. Schwarzeneggar, et al., 1:14-cv-00060-LJO-SAB.

IT IS SO ORDERED.

Dated:   **September 15, 2014**

UNITED STATES MAGISTRATE JUDGE